UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OLIVIA JOHNSON,<br><br>       Plaintiff,<br><br>       v.<br><br>GINA ABADI,<br>YI ZENG,<br><br>       Defendants. | No. 1:25-cv-02411-JPH-TAB |

**ORDER DISMISSING CASE AND DIRECTING ENTRY OF FINAL JUDGMENT**

On November 25, 2025, the Court screened Plaintiff Olivia Johnson's complaint and dismissed it for failure to state a claim. Dkt. 6. Ms. Johnson had through December 12, 2025, to file an amended complaint, and she was warned that this action would be dismissed with prejudice if she failed to do so. *Id.* at 3. She has not filed an amended complaint or otherwise responded to the Court's Order. Thus, this action is **DISMISSED**.

Notably, the Court's screening order, sent to "205 Kuhio Ave, Honolulu, HI 96815," was returned as undeliverable, as no such number exists. Dkt. 7. However, this was the only address Ms. Johnson provided when she filed her complaint. *See* dkt. 1. If Ms. Johnson receives this order and believes she is entitled to relief under Federal Rule of Civil Procedure 59(e) or 60(b), she may file a motion to that effect.

**SO ORDERED.**
Date: 12/18/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

2

Distribution:

OLIVIA JOHNSON
205 Kuhio Ave.
Honolulu, HI 96815